UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

PROSWAP, INC.,

     Plaintiff,

 v.

BETSWAP LIMITED,

     Defendant.

Case No. 2:21-cv-01839-CDS-EJY

ORDER TEMPORARILY UNSEALING TRANSCRIPT

  Upon the request of Richard Gordon, Esq., and good cause appearing:

  IT IS HEREBY ORDERED the following transcript which contains a sealed portion shall be unsealed in order to permit the Court Reporter to prepare transcript of the following hearing and sealed portion: 12/07/23, ECF 19, Settlement Conference.

  IT IS FURTHER ORDERED that the Court Reporter shall transcribe the sealed portion of the hearing identified herein and provide a copy of the sealed portion to Richard Gordon, Esq.

  IT IS FURTHER ORDERED that the transcript portion identified herein shall remain under seal on the public record until further order of this Court, or the Ninth Circuit Court of Appeals.

  **DATED** this 11th day of December, 2023.

_____
ELAYNA J. YOUCHAH
U.S. Magistrate Judge