ROB L. PHILLIPS
Nevada Bar No. 8225
FISHERBROYLES, LLP
145 S. Fairfax Ave., Floor 2
Los Angeles, CA 90036
(702) 518-1239
Rob.phillips@fisherbroyles.com
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PROPSWAP, INC., a Delaware Corporation,<br><br>Plaintiff<br><br>v.<br><br>BETSWAP LIMITED, a company incorporated in Malta, and DOES 1-X,<br><br>Defendant | Case No.: 2:21-cv-01839-~~GMN~~-EJY  (CDS)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), PROPSWAP, INC. ("PropSwap") files this Stipulation of Dismissal with Prejudice, and would respectfully show as follows:

1. PropSwap commenced this action against BETSWAP LIMITED ("BetSwap") on October 5, 2021.

2. PropSwap has settled and no longer desires to pursue any of its claims asserted against BetSwap in this action, and, pursuant to FED. R. CIV. P. 41(a), hereby dismisses all claims against BetSwap with prejudice to refiling same.

3. This is a not a class action lawsuit, does not involve any claims brought by or against the members of an unincorporated association, no receiver has been appointed and BetSwap has not filed any counterclaims against PropSwap. As evidenced by their counsel's signature below, BetSwap has stipulated to this dismissal with prejudice.

STIPULATION OF DISMISSAL WITH PREJUDICE

Accordingly, PropSwap respectfully requests that the Court enter the attached Order dismissing all of its claims against BetSwap with prejudice, with all costs being assessed to the party incurring same.

DATED: March 3, 2024

By: /s/ Rob L. Phillips
Rob L. Phillips
FISHERBROYLES, LLP
145 S. Fairfax Ave., Floor 2
Los Angeles, CA 90036
Telephone: (702) 518-1239
Email: phillips@fisherbroyles.com
*Counsel for PropSwap*

**STIPULATED AND AGREED:**

By: /s/Richard C. Gordon
Richard C. Gordon
SNELL & WILMER
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89119
Telephone: (702) 784-5210
Email: rgordon@swlaw.com
*Counsel for BetSwap*

### O R D E R

Based on the parties' stipulation, this case is dismissed with prejudice, with all costs of court taxed against the party incurring same. The Clerk of Court is kindly instructed to close this case.

Dated: March 4, 2024

_____
Hon. Cristina D. Silva
United States District Judge